STATE OF NORTH CAROLINA v. DAVID HAMILTON

No. 7313SC441

(Filed 11 July 1973)

APPEAL from *Clark, Judge,* February 1973 Session of Superior Court, BLADEN County.

Defendant was charged with first-degree murder. Upon the call of the case for trial, defendant, through his counsel, entered a plea of guilty to involuntary manslaughter. The court questioned defendant at length to determine whether his plea was being voluntarily, understandingly, and freely entered. The questioning by the court consumes four pages of the record. There then appears in the record the transcript of plea as signed by defendant and the adjudication by the court that the plea was entered freely, understandingly, and voluntarily, without

undue influence, compulsion or duress, and without promise of leniency.

From judgment committing defendant to the State Prison for a term of not less than eight nor more than ten years, defendant appealed. He is represented on appeal by counsel furnished by the State.

*Attorney General Morgan, by Associate Attorney Speas, for the State.*

*Reuben L. Moore, Jr., for defendant appellant.*

MORRIS, Judge.

Defendant's counsel requests this Court to review the record to determine whether prejudicial error was committed at defendant's trial. We have carefully reviewed the record and find no error. The bill of indictment was proper in form; the record affirmatively shows that the plea of guilty was freely, understandingly and voluntarily made; and the sentence imposed is within statutory limits. The judgment is

Affirmed.

Judges BROCK and PARKER concur.